UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MILLER, | No. 2:15-cv-1056 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| HEIDI M. LACKNER, | |
| Respondent. | |

Petitioner has requested an extension of time to file objections to the court's May 12, 2017 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 18) is granted;
2. The objections filed by petitioner on May 27, 2017 are deemed timely; and
3. Respondent may file a reply to the objections no later than June 14, 2017.

Dated: May 31, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mill1056.111